UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 14-cv-23269-DPG

DOUG LONGHINI, individually,

    Plaintiff,

vs.

POLLO OPERATIONS, INC. d/b/a POLLO TROPICAL, a Florida corporation; and, KIMCO REALTY CORPORATION, a foreign corporation,

    Defendants.
_____/

## **DEFENDANT KIMCO REALTY CORPORATION'S ANSWER TO THE COMPLAINT**

COMES NOW the Defendant, KIMCO REALTY CORPORATION (hereinafter "KIMCO"), by and through its undersigned counsel, and hereby serves its Answer to the Complaint herein and states:

1. Without knowledge and therefore, denied.

2. Denied as to Defendant KIMCO.

3. Admitted that venue is proper. Defendant denies the remaining allegations of paragraph 3.

4. Admitted that this Court has jurisdiction. Otherwise, denied.

5. Without knowledge and therefore, denied.

6. Denied as to Defendant KIMCO.

7. Without knowledge and therefore, denied.

8. Denied as to Defendant KIMCO.

9. Denied as to Defendant KIMCO.

Case No. 14-cv-23269-DPG

10. Denied as to Defendant KIMCO.

11. Denied as to Defendant KIMCO.

12. Without knowledge and therefore, denied.

13. Denied as to Defendant KIMCO.

14. Denied as to Defendant KIMCO.

15. Admitted that this Court has the requisite authority. Otherwise, Defendant KIMCO denies the remaining allegations of paragraph 15.

16. Defendant denies each and every allegation of the Complaint not specifically admitted herein.

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel A. Espinosa, Esq.
Thomas C. Allison, Esq.
Espinosa/Jomarron
4300 Biscayne Boulevard, Suite 305
Miami, FL 33137
*Attorneys for Plaintiff Doug Longhini*

Helen N. Baker, Esq.
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606

Natalia Maria Salas
Foley & Lardner, LLP
One Biscayne Tower
2 South Biscayne Blvd.
Suite 1900
Miami, FL 33131
*Attorneys for Defendant Pollo Tropical*

Case No. 14-cv-23269-DPG

HINSHAW & CULBERTSON LLP

s/ Karen A. Brimmer
Karen A. Brimmer
Florida Bar No. 236470
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Primary: kbrimmer@hinshawlaw.com
Secondary: cmoore@hinshawlaw.com
Attorneys for Defendant KIMCO REALTY
CORPORATION

15005151v1 A7561